UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gravity Defyer Medical Technology Corp., *et al.*,<br><br>                            Plaintiffs,<br><br>v.<br><br>Federal Trade Commission, *et al.*,<br><br>                            Defendants. | Case No. 1:22-cv-01157-RDM |

**Defendants' Motion for an Extension of Time to File a
Reply in Support of Their Motion to Dismiss Plaintiffs' Amended Complaint**

On July 22, 2022, Plaintiffs Gravity Defyer Medical Technology Corp. and Alexander Elnekaveh filed an Amended Complaint against the Federal Trade Commission and the United States. *See* ECF No. 12. On August 16, 2022, Defendants moved under Federal Rule of Civil Procedure 12(b)(6) to dismiss the Amended Complaint for failure to state a claim upon which relief can be granted. *See* ECF No. 20. On August 30, Plaintiffs filed an opposition to the motion to dismiss. *See* ECF No. 23. Under the default timing in Local Civil Rule 7(d), Defendants' reply is due on September 6, 2022.

Defendants now request a 10-day extension of the deadline for their reply brief, until September 16, 2022. Defendants' counsel has competing briefing deadlines in other pending federal litigation. The requested extension would allow the undersigned to adequately represent the interests of the United States in this and other matters, as well as account for the upcoming federal holiday. This is Defendants first request for an extension and no other deadlines in this case would be affected.

Pursuant to Local Civil Rule 7(m), the undersigned contacted Plaintiffs' counsel. Plaintiffs consent to this motion.

Thus, Defendants have shown good cause for their request to extend the deadline to file a reply memorandum in support of their motion to dismiss the Amended Complaint until September 16, 2022.

September 1, 2022

ANISHA S. DASGUPTA
General Counsel

JOEL MARCUS
Deputy General Counsel for Litigation
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC  20580

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ARUN G. RAO
Deputy Assistant Attorney General

GUSTAV W. EYLER
Director

HILARY K. PERKINS
Assistant Director

/s/ James W. Harlow
JAMES W. HARLOW
Senior Trial Attorney

/s/ Noah T. Katzen
NOAH T. KATZEN
Trial Attorney
Consumer Protection Branch
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, DC  20044-0386
(202) 514-6786 (Harlow)
(202) 305-2428 (Katzen)
(202) 514-8742 (fax)
james.w.harlow@usdoj.gov
noah.t.katzen@usdoj.gov

**CERTIFICATE OF SERVICE**

 I hereby certify that this document, filed through the CM/ECF system, will be sent via electronic mail to the registered participants as identified on the Notice of Electronic Filing.

September 1, 2022         /s/ James W. Harlow
                  JAMES W. HARLOW